NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUIS R. NEGRON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3145

---

Petition for review of the Merit Systems Protection Board in No. AT0831100533-X-1.

---

## ON MOTION

---

## O R D E R

Luis R. Negron moves for an extension of time to file his Motion & Declaration for Leave to Proceed in Forma Pauperis.

The court notes that Mr. Negron's Fed. Cir. R. 15(c) statement concerning discrimination is overdue.

Upon consideration thereof,

IT IS ORDERED THAT:

NEGRON v. OPM                                                                         2

The motion is granted to the extent that Mr. Negron's Motion for leave to proceed in Forma Pauperis and his 15(c) statement concerning discrimination (forms enclosed) are due within 30 days of the date of filing of this order.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


cc:  Congressman John L. Mica


s21